UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:22-cv-7836-JAK (MAR)                                                     Date:  July 5, 2023

Title:     *Clean Initiative LLC v. State Farm General Insurance Company*

Present: The Honorable:   MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Valerie Velasco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) ORDER FOR PLAINTIFF AND PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE ENTERED FOR FAILURE TO FILE CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT AND VACATING JULY 7, 2023 SETTLEMENT CONFERENCE.**

      On February 6, 2023, the Honorable John A. Kronstadt referred this matter for mandatory ADR proceedings to be completed no later than July 12, 2023.  ECF Docket No. ("Dkt.") 17.  On March 13, 2023, Judge Rocconi issued an Order scheduling the settlement conference for June 29, 2023, and ordering the parties to submit Confidential Settlement Conference Statements eight (8) court days prior to the date of the settlement conference.  Dkt. 22.  On June 12, 2023, Judge Rocconi issued an order rescheduling the settlement conference to July 7, 2023, and further ordering the parties to submit their Confidential Settlement Conference Statements eight (8) court days prior to the date of the settlement conference.  Dkt. 24.  Accordingly, the Confidential Settlement Conference Statements were due on June 27, 2023.

      Defendant submitted its Confidential Settlement Conference Statement on June 27, 2023.  On July 30, 2023, Judge Rocconi issued an order granting the parties an extension to file their statements until July 3, 2023, and reminding the parties of what information the Court required to be included in the statement.  Defendant submitted a Supplemental Statement on July 3, 2023.  The Court has not received a Confidential Settlement Statement from Plaintiff.

      Accordingly, the Court **HEREBY ORDERS** Plaintiff and Plaintiff's counsel Darren Schwartz, Robert Waller, and Jason Roberge, to show cause why they should not be sanctioned in the amount of $1,000 jointly and severally for their failure to comply with the Court's order.  Plaintiff and Plaintiff's counsel shall respond in writing to this Order to Show Cause no later than July 7, 2023.  Additionally, in light of Plaintiff's failure to submit a timely settlement conference statement, the July 7, 2023 settlement conference is **VACATED**.

|  | : |
|---|---|
| **Initials of Preparer** | vv |